FILED'08 APR 18 09:34USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| THERESA GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-130-JO |
| | ) | |
| v. | ) | <u>JUDGMENT</u> |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

Based upon the record,

IT IS ORDERED AND ADJUDGED the Commissioner's decision denying claimant's application for disability insurance benefits is not supported by substantial evidence in the record as a whole and is therefore REVERSED and REMANDED for an immediate award of benefits.

This action is dismissed and any pending motions are denied as moot.

DATED this 18" day of April, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT E. JONES
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge